FROM: Joseph/... ~~Amato~~
P.O. Box 272
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
15 DEC 2021 PM 2 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135