5598

U.S. DISTRICT COURT

DISTRICT OF NEW HAMSPHIRE

Josephine Amatucci

v.

Wolfeboro, Town of et al                              1:21-cv-01081-LM

RESPONCE TO ENDORCED ORDER DATED 1/18/2022

1.      Why is the Magistrate ruling on this case instead of the Judge.

The Plaintiff does not want the Magistrate to take over this case, as her only

duty is to write a Report and Recommendation and not to determine decisions

on how a case will move forward.

2.      The Plaintiff's document that the Magistrate is referring to was filed

by the Plaintiff under the Case Name... Amatucci v. Wright, Rondeau, Estes, Town

.....NOT..... as stated by the Magisgtrate as ......Amatucci v. Wolfeboro, Town of et al......

Are we talking about the same case, after all, the Court has given this case a total

of 5 docket numbers, which confuse the issues and facts in the case.

3.      The Plaintiff is.... NOT SEEKING ANY RELIEF, except to tell the Court not to

change her lawsuit in any way, that is not to add a civil/common law suit.

WHATEVER THAT MEANS.

1

4. Not to add claims, or titles to her lawsuit.

5. The Plaintiff's document to the Court was ......NOT AN ADDENDUM, NOT A RELIEF, except for relief from the Court to stop the Court from adding Titles to her lawsuit that don't belong there, and where they were added without her permission.

6. Her lawsuit is based solely on Federal Law, on Constitutional law, and the words Civil/Common law were not included in her claims, and therefore they do not belong there, and must be removed, and the Court must remove the NEW CASE NUMBER 01081.....that the Court added........it does not belong in her lawsuit.

7. The Plaintiff has several times asked the court to identify her document numbers in the top left hand corner of her filings, so that she can identify what document the Court is responding to.

8. Again, the Plaintiff did not ........ ADD AN ADDENDUM .......as stated by the magistrate, as it is the Court who ........ADDED AN ADDENDUM.

9. Also, at this stage of the case, and under the .... PROCEDURE....of the Law of THE LAND, which is the only PROCEDURE that is to be followed under the Federal Constitution, is that the court is mandated to follow ONLY the PROCEDURE demanded under the UNITED STATES CONSTITUTION under 1983, and that is the Court must move forward to allow the Plaintiff a jury trial for the violations of her CIVIL RIGHTS, in the malicious prosecution, the unlawfu seizure, detention a violation of the fourth Amendment, without PROBABLE CAUSE, and the violation of her liberty rights, a violation of Due Process, and for the unlawful and void Conviction by Greenhalgn, who lacked total jurisdiction to hear the case, where there was no injury, no victim, NO CASE.

10. And where the defendant's fraudulently obtained an Arrest Warrant under Perjury

and fraudulently accused her of a crime THEY KNEW she never committed, this was EGREGIOUS INTENTIONAL FRAUDULENT CONDUCT by all defendants including Greenhalgn.

11. The Plaintiff, is 83 years old and she has been abused enough, this Court must without any further delay settle this case and stop torturing her with unnecessary further litigation. Remember Robert Maloney who falsely accused the Plaintiff of pushing him down the stairs at the dump.......WAS TERMINATED BY THE TOWN OF WOLFEBORO, for his false accusation's against the Plaintiff, which is evidence enough to move for a jury trial without any further delay.

WHEREFORE: under Federal Constitutional PROCEDURE, the LAW OF THE LAND, this judge is mandated to allow the Plaintiff a jury trial of her peers IMMEDIATELY for damages for the violations of her Civil Rights. Under 1983.

Respectfully,

Josephine Amatucci

January 22, 2022

c. all defendants

*Josephine Amatucci*

FROM: JOSEPHINE AMATO
P.O. Box 272
Wolfeboro Falls, N.H. 03896

BOSTON MA 020
22 JAN 2022 PM 3 L

United States District Court
Office of the Clerk
55 Pleasant St.
Room 110
Concord, New Hampshire 03301

03301-394135