FILED - USDC -NH
2022 FEB 3 AM 11:00

5608

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Woleboro, Police Chief Dean Rondeau

Steve Champaigne, Sargeant Wrilliam Wright,

prosecutor judy Estes,  Timothy Morgan,

Charles L. Greenhalgh,  "BELNAP SHERIFF'S  DEPT."           Case 21-1081

MOTION TO  PLACE  BELNAP SHERIFF'S DEPT.  AS  DEFENDANT

UNDER LISTING UNDER JOSEPHINE AMATUCCI V. BELNAP SHERIFF'S  DEPT.

1.     The Belnap Sheriff's  Dept.is is not an added defendant just a oversight in putting the name on the top listing  under Josephine Amatucci v.  Belnap Sheriff's  Dept.

2.     The Belnap Sheriff's  Dept. is already listed as a defendant in this case  under number 6 under ....PARTIES... she is suing.   Therefore she is not adding this defendant,  it was just an oversight.

3.     Attached is a copy of the page that this relates to.

Respectfully,

1

5557

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMSPHIRE

Josephine Amatucci

v.

Town of Wolfeboro, Police Chief Dean Rondeau

Steve Champaigne, Sargeant William Wright,

prosecutor Judy Estes, Timothy Morgan

Charles L. Greenhalgh

## JURISDICTION

1. This action is brought pursuant to 42 U.s.c. 1983.

Jurisdiction is founded upon 28 U.S.C. 1331 (1x3x4).

## PARTIES

2. Plaintiff Josephine Amatucci is a citizen of the United States and a resident of Wolfeboro, New Hampshire;

3. Charles L. Greenhalgh, Individually, United States District Court;

4. Town of Wolfeboro, 84 South Main Street, P.O. box 629, Wolfeboro, NH 03896 sued in officially capacity;

5. Police Chief Dean Rondeau, 251 S. Main Street, Wolfeboro, NH 03896 sued Individually ;

6. Belnap Sheriff's Department 42 County Drive, Laconia, New Hampshire, 03246 in Official Capacity;

7. Sargeant William Wright, at Belnap Sheriff's Department sued Individually;

Judy Estes, prosecutor for the Belnap Sheriff's Dept; sued INDIVIDUALLY;

1

Josephine Amatucci

c. Town of Woleboro, Belnap Sheriff's Dept.

February 2, 2022

*Josephine Amatucci*

From: Josephine Amadori
P.O. Box 292
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
2 FEB 2022 PM 1 L



United States District Court
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135

