FILED - USDC -NH
'2022 MAR 9 AM10:23

5638

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

town of Wolfeboro, et al                    BASICALLY CASE 449

                                            NOT NOT NOT 21-CV-1081

RESPONSE TO THE

REPORT AND RECOMMENDATION

DATED fEB. 28, 2022

STATING A VOID JUDGMENT IS NEVER FINAL

1.      In her Report & Recommendation Magistrate Johnstone named
as a defendant in my lawsuit,  " JUDGE"  Charles Greenhalgn, but I never
named a JUDGE as a defendant, I named an individual  by the name of
Charles Greenhalgn, so I have NO IDEA what Johnsone is talking about,
when she gave Greenhalgn, acting as an individual,   JUDICIAL IMMUNITY.
This is called an ABUSE OF PROCESS, when the Magistrate is setting in
motion an unconscionable scheme to dismiss the Plaintiff's meritorious claims.
In a matter of an obstruction of justice.

2.      Charles Greenhalgn was not acting as a  judge, had no jurisdiction to
Act, and therefore had no judicial immunity.  He knew all along there was no

1

Assault with Bodily Injury , there was  no victim,  and he had the duty to dismiss
the Complaint.  And in not doing so,  he violated Due Process.  and lost all
jurisdiction to hear the case.  Where therefore his judgments and decisions
were VOID OF NO LEGAL FORCE.  bu continuing  to hear the case  he had no
authority to hear.

3.       When a judge knows that he lacks jurisdiction,  or acts in the face of
clearly valid Constitutional rights,  he expressly deprives himself of
jurisdiction,  judicial immunity is lost.  Rankin v. Howard,  Davis v. Burris 51
Ariz. 220, 75 P.2d 689 (1938).  The Illinois Supreme Court held that "if a judge
has no jurisdiction,  then he and those who advise and act with him,  or
execute his process,  are TRESPASSERS".  Von Kettler v. Johnson.  Under Federal
law the U.S. Supreme Court stated that if a court is "without authority,  its
judgments and orders are regarded as nullities.  They are not avoidable but
simply VOID AND FORM no bar to a recovery sought,  even PRIOR TO A REVERSAL
IN OPPOSITION TO THEM.  Judge Greenhalgn was engaged in treason.  U.S. v.
Will 449 U.s. 200, 216 101 S.C. 471, 66 L.Ed.2d 392, 406 (1980).

4.       Void judgments NEVER DIE,  "Rulings made in violation of Due Process
are VOID.  Reid v. Balter (1993) 14 Cal. App.4th 1186.  When a judge does not follow
the law they are TRESPASSORS OF THE LAW,  they lose jurisdiction and his orders
are VOID OF HE LEGAL FORCE OR EFFECT.  Scheur v. Rhodes (1974).

                        A VOID JUDGMENT IS NEVER FINAL

5.       As far as the Belnap Sheriffs dept. is concerned they also violated Due
Process,  when they KNEW that there was no Assault with Bodily Injury,  yet they
maliciously prosecuted the Plaintiff for the crime.  And in doing so they are accused of

                                    2

a malicioous prosecution, without probable cause, violating the Fourth Amendment for
her unlawful detention she had to endure during the trial, for the loss of her liberty,
all WITHOUT PROBABLE CAUSE.   Fraudulent Concealment, where there are no
restrictions under Fraud.

6.          Yet with all the exculpatory evidence before the court, the court with flimsy
pretextes is trying to dismiss the case.

A VOID JUDGMENT IS NEVER FINAL

7.          The claims of an unlawful detention, a loss of liberty, a malicious prosecution
all without probable casue, in a violation of Due Process, are MERITORIOUS CLAIMS
that were never litigated .... ON THE MERITS.

A VOID JUDGMENT IS NEVER FINAL

8.          Magsitrate Johnstone never addressed the evidence In the record where
a statement was made by the alleged victim  Robert Maloney, who
stated very clearly that there was NO INJURY.   Judge Johnstone never addressed
that the Plaintiff was being prosecuted WITHOUT PROBABLE CAUSE.  So how could the
case result in a final judgment ON THE MERITS.

9.          In the 531 case Judge DiClerico addressed his ruling WITHOUT PREJUDICE,
he stated that the Plaintiff was not arrested, seized or taken into custody and
therefore there was no fourth amendment claim.  He was wrong, as according to
the United States Supreme Court in the case of Albright v. Oliver, the court stated
that a detention for having to appear in court is a  "SEIZURE"  under the Fourth Amendment.
That there is no requirement to show a favorable outcome in the criminal proceeding
except to show an UNLAWFUL UNREASONABLE 'SEIZURE"

10.          Therefore this court cannot say that under Res Judicata this  ruling by Diclerico was

3

on the merits.  And remember he stated his ruling  was WITHOUT PREJUDICE.

### A VOID JUDGMENT IS NEVER FINAL

11.      Therefore,  this case will be litigated under a Civil Rights violation,  and

under  an individual named Charles Greenhalgn,  who lost all jurisdiction to Act in this

case,  and as an Individual Greenhalgn has no JUDICIAL IMMUNITY.

### A VOID JUDGMENT IS NEVER FINAL

12.      Therefore under my right to Redress my Grievences in Court,  under

 my right to access the Courts,  and under the fact that a VOID JUDGMENT and FRAUD

IS NEVER FINAL,   the Plaintiff  will never stop defending her meritorious claims,  and

if the judges refuseS  her  right to a jury trial for the violations of her Civil Rights,

the judge  will be a TRESPASSOR OF THE LAW,  and must  step down from this case.

13.      Don't anyone dare to threaten me with a restriction to address my

meritorious claims,  as a VOID JUDGMENT IS NEVER FINAL under the law,  and

under the First Amendment the court cannot restrict my right to access the courts.

14.      Therefore,  the Court will litigate and judge:

   (a)  the unlawful malicious proecution without probable cause;

   (b)  the unlawful detention and violation of her liberty rights;

   (c)  the warrant that issued based on fraud;

   (d)  a Fourth Amendment unlawful detention without probable cause;

   (e)  a violation of Due Process;

   (f)  the Sheriff and  Greenhalgn knew there was no Assault with Bodily injury;

   (g)  Greenhalgn had no  jurisdiction to hear the case;

   (h)  Greenhalgn's judgments and decisions are VOID OF NO LEGAL FORCE.

   (i)   are Meritorious claims for damages under the LAW OF THE LAND.

4

(j)     Unlawful Acts against an elderly 80 year old person.

15.        And allow me a jury trial for damages as mandated under the Federal

Constitutional law.  Or they are TRESPASSORS of the law.


Respectfully,

Josephine Amatucci

March 8, 2022

c.  town of wolfeboro,  belnap sheriff's  dept.

*Josephine Amatucci*

5