```
           UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                                 Case No. 21-cv-1081-LM

Wolfeboro, NH, Town of et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2022.

                                                        _____
                                                        Landya B. McCafferty
                                                        Chief Judge

Date: March 28, 2022


cc:   Josephine Amatucci, pro se