UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

    v.

                                 Case No. 21-cv-1081-LM

Wolfeboro, NH, Town of et al


<u>JUDGMENT</u>


    In accordance with the Order by Chief Judge Landya B. McCafferty dated March 28, 2022, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2022, judgment is hereby entered.


                                   By the Court:


                                   /s/ Daniel J. Lynch
                                 Daniel J. Lynch
                                 Clerk of Court


Date: March 29, 2022


cc:  Josephine Amatucci, pro se