4737

4737

FILED - USDC -NH
2022 JUL 6 PM 1:24

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIR

Josephine Amatucci

v.

Town of Wolfeboro, et. al

Wright, et al

Civil No. 21-cv-1081-LM

JURY TRIAL FOR DAMAGES DEMANDED

## SUPPLEMENT EVIDENCE

1.  The Plaintiff has already determined to the Court that she was unlawufully and MALICISOUSLY and INTENTENTIALLY HARMED by the Belnap Sheriffs Dept. and all defendants especially police chief Dean rondeau, when they all conspired to accuse her of causing BODILY INJURY to Robert Maloney when they knew that Maloney had stated that there was NO INJURY. And they did so maliciously because if they did not accuse her of BODILY HARM they could not prosecute her. As even according to a statement in the files by Sheriff Wright, that there was no evidence for a prosecution in the case, but Rondeau ORDERED Wright to charge and prosecute me for BODILY INJURY to make the case prosecutable.

1

2.     Next, they not only had the evidence that there was NO BODILY INJURY, it must be noted that a witness Joshua Nason gave his own version of events of what occurred at the Dump that day. (1) his statement (which is attached) which was signed by Nason, to the Wolfeboro Police Department themselves, which:

"NASON NEVER STATED OR MENTIONED THAT MALONEY WAS PUSHED OR FELL DOWN THE STAIRS".

Then there was the RECORDING of the investigation by Sheriff Wright where he asked Nason his version of events of what happened at the dump that day, as a witness to the event. And ait is to be noticed that in the RECORDING, Joshua Nathan in recounting his version of events stated in the RECORDING (of which the Plaintiff will submit a copy of the RECORDING to the Court as evidence:

"NASON NEVER STATED THE PLAINTIFF PUSHED MAONEY DOWN THE STAIRS OR THAT MALONEY FELL DOWN THE DOWNS".

3.     Which is the truth, that the Plaintiff Josephine Amatucci first of all is denying she ever TOUCHED MALONEY, denied he was standing in the doorway, and denies that she pushed Maloney and he fell down the stairs.

4.     Now, with the evidence before this court there is NO DOUBT that she was charged and prosecuted unlawfully, and that:

"The defendants KNEW KNEW KNEW that she was NOT GUILTY of the crime they were accusing her of, and that this Court allow her a jury trial for her 1983 damages, for the violation of her FOurth Amendment rights, of a FOURTH AMENDMENT MALICIOUS PROSECUTION, of a violation of the Fourteenth Amendment Due Process Clause, of a Monell claim against the Belnap Sheriffs Dept. where the policymaking officials, Wright and Judy Estes the prosecutor for the Belmont Couny, were directly involved in causing the violation of her civil rights.

5.  That prosecutor Judy Estes violated my Due Process rights when she did not subpoena Joshua Nathan to appear at the trial. When he had evidence that was vital to her innocence of any prosecutable crime. Or any crime at that.

6.  That they knew or should have known that they were violating her civil rights.

7.  The Plaintiff has a recording of the trial of which she is asking this court to get her a Transcript of the trial if needed, as she is destitute.


Respectfully,

Josephine Amatucci

~~March 19, 2020~~  7/6/2022

c.  Town and Belnap Sheriffs Dept.

*Josephine Amatucci*