5739

FILED - USDC -NH
2022 JUL 6 PM 1:18

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro, et al

RESPONSE TO JUDGE'S ORDER OF 6/21/2022

UNDER CASE NO. 1:20-CV-00449-JL

JUDGE ASKING FOR AN APPROPRIATE CASE

1. In order for the Court to file the Plaintiff's claims in the appropriate case, please find attached the Plaintiff's motion applied to each and every docket number that has been applied to this case by the courts, for the judge to apply her motion to the correct case with the correct docket number.

2. And for the judge to proceed to allow summary judgment, a judgment as a matter of law, for the case to move forward to a jury trial of her peers, for DAMAGES only, as allowed under the Fourth Amendment of the Federal Constitution, under the law of the land, for a Malicious Prosecution without probable cause, by the defendants, against the Plaintiff, WITHOUT PROBABLE CAUSE. and For a warrant that was based on Perjury. Etc.

Respectfully,

Josephine Amatucci

July 5, 2022

c. Town, Belnap Sheriff's Dept.

*Josephine Amatucci*

**Other Orders/Judgments**
1:20-cv-00449-JL Amatucci v. Wolfeboro, NH, Town of et al **CASE CLOSED on 08/11/2021**

CLOSED

## U.S. District Court

## District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2022 at 11:10 AM EDT and filed on 6/21/2022
**Case Name:**        Amatucci v. Wolfeboro, NH, Town of et al
**Case Number:**      1:20-cv-~~00449~~-JL           *CASE 21-CV-1081*
**Filer:**
**WARNING: CASE CLOSED on 08/11/2021**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER denying without prejudice [42] Response to the Report and Recommendation Dated Feb. 28, 2022 Stating a Void Judgment is Never Final (5638) (entered in 21-cv-1081).** *Text of Order: Document No. 42/#5638 in this case is Plaintiff Josephine Amatucci's Response to the Report and Recommendation Dated Feb. 28, 2022. That filing challenges a February 28, 2022 R&R which issued in* Amatucci v. Town of Wolfeboro, *No. 21-cv-1081-LM (Case 21-1081). However, Mrs. Amatucci has identified the docket number in which this document should be filed as: BASICALLY CASE 449 NOT NOT NOT 21-CV-1081, indicating that she does not wish that this filing be docketed in the case to which it refers, Case 21-1081. As the file references documents and a defendant not present in this case, Document No [42], to the extent it seeks any relief in this case, is DENIED without prejudice to Mrs. Amatucci's ability to seek such relief in an appropriate case.* So Ordered by Judge Joseph N. Laplante.(jb)

**1:20-cv-00449-JL Notice has been electronically mailed to:**

**1:20-cv-00449-JL Notice, to the extent appropriate, must be delivered conventionally to:**

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896