5755

FILED - USDC -NH
2022 AUG 2 AM 11:05

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatuci

v.

Town of Woleboro, Wright, Estes, Rondeau,

Maloney, et al

Case No. 21-CV-1081

MOTION REQUESTING A STATUS HEARING

A SUMMARY JUDGEMENT MOTION

Because the Plaintiff is unsure of the correct docket number to this Dump case, she is submitting it under all the case numbers that the court applied to this ONE EVENT. Of which the judge will choose which is the proper case number and advise the Plaintiff.

1. This event goes back to February 12, 2019 the date the Plaintiff filed a Lawsuit in this Court against the above defendants. Under case no. 464-2018-1490 which she believes was the Ossipee District Court case number. This lawsuit in the United States District Court specifically stated her lawsuit was based on her Federal Constitutional rights under 42 U.S. C. 1983. Yet this case was NEVER addressed as a violation of the Federal Constitution. There is FRAUD in this case, whereas there is NO RES JUDICATA No Statute of Limitations, as FRAUD is never final.

2. In a chain of evidence as produced by the Plaintiff to the Court, specifically, the unlawful warrant, the unlawful malicious prosecution, violation of the fourth

1 B

Amendment for the detention of my Civil Rights, a liberty violation.  A Monell Claim were a policymaking official, Rondeau was the cause and connection of the Plaintiff's Federal violations.  All Clearly established claims, were there was NO PROBABLE CAUSE.

3. The evidence provided to THE COURT  years ago, when she filed her lawsuit, was ..... SLAM DUNK....evidence, evidence of  a statement made by the alleged victim Robert Maloney (who was terminated by the town)  when Maloney  stated to the Sheriff's that ......"there was NO INJURY",  which was in the Sheriff's  files,  and Rondeau's  files, ..... yet  defendant Wright was able to unlawfully obtain a warrant based on and Assault with Bodily injury against the Plaintiff.   Under PERJURY.

4. Therefore the malicious prosecution against the PLlaintiff was indeed an unlawful seizure in the detention of her liberty rights during the entire process of the trial based on FRAUD.  A Fourth Amendment Clearly Established violation when there was

NO PROBABLE CAUSE

5. A violation of Due Process under the Federal Constitution.

6. A claim of FRAUDULENT MISREPRESENTSTION,  under a CONSPIRACY  between police chief Dean Rondeau,  and the Belnap Sheriff's  Dept.  Where Rondeau a policymaking official ORDERED the Belnap Sheriff's  Dept. to prosecute the Plaintiff.  (see the attached evidence.

7. An unawful seizure when she was jailed during the court procedure.

8. And a Monell claim, where the policymaking official, police chief Dean Rondeau, was the cause and connection to her unlawful malicious prosecution.

9. Your Honor, there is ...............NO DISPUTE..........in this evidence, under fact and law.

10. Therefore the Plaintiff is asking that this Court , without further delay, and  under  Judgment as a Matter of Law,  ORDER, under the LAW OF THE LAND ,

2

that this case go directly to a jury of her peers for damages only, IMMEDIATELY for the violation of her Federal Constitutional rights, under CLEARLY ESTABLISHED rights, and were there was NO PROBABLE CAUSE, and where there is NO IMMUNITY, where under 1983 she is allowed damages.

11.     Given the extent of the Fraud in this case, between Rondeau, the Belnap Sheriff's Dept. and Charles Greenhalghn, the Plaintiff is asking for damages in the amount of ....$500,000.00.... for her severe EMOTIONAL DISTRESS, the Defamation of her character, and for Acts by all involved in this Case, who committed an ABUSE of an elderly person 80 years old, which a very serious under the law.

Respectfully,

Josephine Amatucci

August 2, 2022

*Josephine Amatucci*

3

```
                    Belknap County Sheriffs Department                    Page: 2
                    NARRATIVE FOR SERGEANT WILLIAM WRIGHT
            Ref: 18-153-OF
```

I told him I would conduct the investigation and would be forwarding the conclusion once completed.

On September 7, 2018 I responded to the Wolfeboro Solid Waste Disposal Building, 400 Beach Pond Rd Wolfeboro, NH. At approximately 0940 hours, I met with the victim of this incident:

Robert Maloney

The building office was open and had foot traffic from the busy dump day. I was told we could use the office, but might be interrupted during the interview. I began the recorded interview asking Mr. Maloney about the incident.

He informed me on August 7, 2018 at approximately 2 p.m., he was standing in the doorway of the building office. He witnessed Josephine Amatucci speaking with Supervisor Steve Champaigne about a couple of people who were making a mess with a U-Haul truck. The people had been emptying the truck and had items spread out. Ms. Amatucci was told Mr. Champaigne had already told the people they were to clean up the mess before they left. Ms. Amatucci then walked off. As short time later, Mr. Maloney was still standing in the door way when Ms. Amatucci came to him from the flank. She then pushed him on his left side with her hands, causing him to lose his balance and fall down the two stairs into the office. She followed him into the office and began yelling at Mr. Champaigne, who was already in the room. She argued about the mess caused by the U-haul truck. After a few moments she then left. Mr. Maloney told me Ms. Amatucci did not have permission to put her hands on him. He did not have any injuries as a result of this assault. He told me she had no real reason to push him and that she could have easily walked around him. We were interrupted a couple of times during the interview, with patrons of the dump. The facility was extremely busy and there was limited staff on hand. *IT WAS DETERMINED AT the Trial By MR. CHAMPAIGNE'S TESTIMONY that MALONEY – WAS NEVER STANDING IN the DOORWAY –*

When I asked about his relationship with Ms. Amatucci and he told me he knew her from him working at the dump for the last 20 years. He said she was a frequent customer and had no idea what her concern with the U-haul truck was. His recorded statement is part of this report. *MALONEY WAS TERMINATED BY the TOWN.*

I then spoke with:

Joshua Nason
DoB: 12/25/93

who advised me he was a witness to the assault. Again I audio taped this interview in the same office. Mr. Nason informed me he had seen Ms. Amatucci come up to Mr. Maloney from the side. She then pushed him, causing him to fall down the stairs. She then commenced to yell at Mr. Champaigne telling him he was rude to people. She yelled for a few minutes then left. He said he left the office just after the assault. He said he did not hear of any injuries but he was aware she had no right to push him. His recorded statement is attached to this report.

I was informed Steve Champaigne was on vacation and would not be returning until the 17th. I told the



SUPPLEMENTAL NARRATIVE FOR SERGEANT WILLIAM WRIGHT
Ref: 18-153-OF

On October 2, 2018 I received a telephone call from Chief Rondeau. He informed me he was made aware by his prosecutor, I had sent the paperwork to him for review. He said he would recommend sending Ms. Amatucci a must appear citation and avoid an actual physical custody arrest and processing. He stated it would be to the best interest in all parties to handle this case as least intrusive as possible, as previous contacts with Ms. Amatucci have caused hostility. He indicated Ms. Amatucci has always shown up at court accordingly and does not believe she would ___ed to be bailed traditionally. He further told me the Ossipee Court allows for hand summons to be is___ed on Class B Misdemeanor cases.

As a result of the conversation and direction of Chief Rondeau, I will be sending Ms. Amatucci the court complaint via certified receipt mail through the US Postal Service, rather than following through with a tradition warrant arrest process. November 1, 2018 court date will be given.

The Belknap County Sheriff's Department was also asked by the Wolfeboro Police Department to prosecute this case accordingly.

**RECEIVED**

SEP 0 9 2019

OSSIPEE
DISTRICT DIVISION

*Conspiracy*
*Monell Claim*

B

FILED - USDC -NH
2022 AUG 2 am11:04

Please note

These are all under different case number and separated for this reason

*Josephine Amatucci*

Please file in the correct case numbers

FROM: JOSEPHINE AMATUCCI
P.O. Box 272
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, New Hampshire 03301