5760

FILED - USDC -NH
2022 AUG 2 AM11:02

United States District Court

Disrict of New Hampshire

Josephine Amatucci

v.

Wolfeboro NH , Town of ,

Wright, Estes, Rondeau et al            Correct Docket unknown

21 cv 1081 LM

                                        either 1081 or 5638 or other number

                                        denied by Judge under case 1:20-cv 00449-

## MOTION ASKING STATUS OF CASE

1. On June 21, 2022 Judge Laplante issued an ENDORSED ORDER stating that the Plaintiff's filing under case 1:20:cv-000449 was denied WITHOUT PREJUDICE to Mrs. Amatucci's ability to seek such relief in an appropriate case.

2. In reply dated July 6, 2022 the Plaintiff submitted the case under all imaginable case numbers that were assigned to this case.

3. Therefore, the Plaintiff is asking the Judge for the status of this case and under what docket number did the judge accept this case under.

Respectfully,

Josephine Amatucci

August 1, 2022

1

From: JOSEPHINE AMATRUDA
P.O. Box 272
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
1 AUG 2022 PM 3 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135