FILED - USDC -NH
2023 JAN 19 AM 10:52

5871

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HANPSHIRE

Josephine Anatucci                              JURY TRIAL DEMANDED

v.

Dean Rondeau, et al                          DOCKET 21-cv-01081-LM

MOTION FOR SUMMARY JUDGMENT

EVIDENCE SPEAKS

PLEASE INCLUDE A MONELL CLAIM

MAKING THE TOWN AND THE SHERIFF'S DEPT. LIABLE

1.     With the evidence in the files and beyond any reasonable doubt of Fraud on the Court, this case is mandated under the LAW to go before a jury for damages as allowed under 1983. That any opinion or ruling of the Court DOES NOT OVERRIDE ....the Plaintiff's FEDERAL CONSTITUTIONAL RIGHTS TO DAMAGES UNDER 1983. That the evidence before the Court will show that the alleged victim Robert Maloney stated clearly that he had NO INJURY, yet Rondeau and the Belnap Sheriff's Dept. ..... in an UNLAWFUL MALICIOUS PROSECUTION .....filed a Complaint to the Court and with an FRAUDULENT WARRANT FOR HER ARREST ISSUED UNDER FRAUD, in hand, fraudulently accused the Plaintiff of an Assault with Bodily Injury. When they knew that the alleged victim told them there was NO INJURY. (it is to be noted that

1

Robert Maloney was terminated by the Town).

2.      No State ruling, no dispute, no opinion of the Court that can override this evidence, can dispute the Plaintiff's right under the Federal Civil Rights, under the LAW OF THE LAND, of her right under 1983 to damages for an unlawful Malicious Prosecution. Unless they are TRESPASSING ON THE FEDERAL LAW.

3.      The Plaintiff is therefore demanding a STATUS HEARING, on a MOTION FOR SUMMARY JUDGMENT, on this LAW SUIT, under any Docket Number that she has filed the case under, as she is totally confused with which docket number is the active docket number in this case.

4.      And if this is not the correct Docket NUMBER , as applied in this document, the court must apply any of the docket numbers she has filed with this filing. The Plaintiff is also filing the same Motion for STATUS HEARING, for Summary Judgment under any/or one of these docket numbers whichever apply to this case. Under Docket Civil No. 21-cv-01049 -JL. AND /OR 1:18-mc-00038-JL and/or Case 1:22-fp-00319 or Case 21-cv-01081-LM. as the Plaintiff is totally confused with all the different docket numbers that go into a case when it is the same event. Please apply whichever docket number that applies to this DUMP CASE.

5.      Please apply the case that is active regarding the event that occurred at the dump and the unlawful Malicious Prosecution as filed in the Court, by Rondeau and the defendants Belnap Sheriff's Dept. and Greenhalghn. Where the judge in the case lost all jurisdiction and where his rulings are void of no legal force.

6.      Please note all the evidence that is in the file and record under all the related cases.

7.      Where both Rondeau and the Belnap Sheriff's Dept and Mr. Greenhalgn

2

violated my Civil Rights and where under the LAW under 1983 I am allowed damages.

8.   As there was NO PROBABLE CAUSE, NO PROBABLE CAUSE, NO PROBABLE CAUSE TO MALICIOUSLY PROSECUTE ME FOR ASSAULT WITH BODILY INJURY. That evidence in the files will show that it was..... Rondeau..... who ordered the Belnap Sheriff's Department to maliciously prosecute me. That he is just as guilty as the Belnap Sheriff's Dept. for the unlawful MALICIOUS PROSECUTION.

9.   That with the evidence before the Court and in the record, there is no dispute that this was an UNLAWFUL malicious prosecution, and that if the Court denies this offense the Court is warring against the Constitution.

10.  That instead of drowning this case in irrelevant issues, that no matter under what docket number, a STATUS HEARING will show there is no dispute and that the judge is MANDATED to allow a jury trial for damages for the violation of her Federal civil rights, ............................."UNDER THE LAW OF THE LAND".  AND INCLUDE A MONELL CLAIM MAKING THE TOWN AND THE BELNAP SHERIFF'S DEPT. LIABLE, where the Prosecutor is a policymaking official who violated the Plaintiff's Civil Rights as allowed under Monell.

Respectfully,

Josephine Amatucci

January 12, 2023

c.  Town of Wolfeboro, Sheriffs Dept.

*Josephine Amatucci*

3 C

FILED - USDC -NH
2023 JAN 19 AM 10:51

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Hampshire

Notice of Electronic Filing

The following transaction was entered on 1/4/2023 at 10:31 AM EST and filed on 1/3/2023

**Case Name:** Amatucci v. Rondeau et al

**Case Number:** 1:19-cv-00156-JL

**Filer:**

**WARNING: CASE CLOSED on 05/20/2019**

*See Attached*

**Document Number:** No document attached

**Docket Text:**
ENDORSED ORDER denying [14] MOTION Requesting A Status Hearing A Summary Judgement Motion. *Text of Order: Plaintiff Josephine Amatucci's Motion Requesting a Status Hearing/A Summary Judgment Motion (Doc. No. 14/#5755) is DENIED. This case is closed.* So Ordered by Judge Joseph N. Laplante.(ko)


1:19-cv-00156-JL Notice has been electronically mailed to:

1:19-cv-00156-JL Notice, to the extent appropriate, must be delivered conventionally to:

Josephine Amatucci(Terminated)
PO Box 272
Wolfeboro Falls, NH 03896

From: Josephine Amatucci
P. O. Box 272
Wolfeboro Falls, N.H. 03896



United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301